**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **GRAHAM SPRINGS LLC,**<br><br>   **Plaintiff,**<br><br>v.<br><br>**ZAZZLE INC., ET AL.,**<br><br>   **Defendant.** | **CIVIL ACTION NO. 2:15-cv-775**<br>**(LEAD CASE)**<br><br>**CIVIL ACTION NO. 2:15-cv-791**<br>**(CONSOLIDATED CASE)** |

## ORDER OF DISMISSAL

In consideration of Plaintiff's Motion to Dismiss all claims without prejudice, the motion is GRANTED, and it is ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit by Plaintiff, Graham Springs LLC against Defendant, Picaboo Corporation are hereby dismissed without prejudice.

It is further ORDERED that all attorneys' fees, expenses and costs are to be borne by the party that incurred them.

**SIGNED this 18th day of September, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE